Form 210A (12/09)  BL8181933

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re WOODROW R DENISON  Case No. 10-73345-TJT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Chase Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known): 2
Amount of Claim: $2,937.43
Date Claim Filed: 12/04/2010

Phone: 610-644-7800   Phone: 800-349-1467
Last Four Digits of Acct #: 8096   Last Four Digits of Acct #: 8096
Last Four of Alternate Acct #:   Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ALANE A. BECKET   Date: 02/03/2011

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CBO14701



10-73345-tjt   Doc 39   Filed 02/14/11   Entered 02/14/11 10:11:20   Page 1 of 1