Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF MICHIGAN

In Re: DENISON JR; WOODROW R        Case No. 1073345

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                                US BANK N.A.
------------------------------------------                        ------------------------------------------
Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 4
should be sent:                                    Amount of Claim: $1,765.13
POB 41067                                          Date Claim Filed: 12/30/2010
Norfolk, VA 23541

Phone: (877)829-8298                               Phone:
Last Four Digits of Acct # : 2911                  Last Four Digits of Acct #:

Name and Address where transferee payments         Seller Information
Should be sent (if different from above)           US BANK NATIONAL ASSOCIATION ND
POB 12914                                          9321 Olive Blvd
Norfolk, VA 23541                                  St Louis MO 63132

Phone: (877)829-8298
Last Four Digits of Acct # : 2911

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                             Date: 7/6/2011
    ------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571